*Original*

CV-08 3759

# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

MARIO DRAGO,
Full name of plaintiff/prisoner ID#

　　　　　　Plaintiff,

FEUERSTEIN, S
LINDSAY, M.
(NSI)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★　SEP 16 2008　★
LONG ISLAND OFFICE

JURY TRIAL DEMAND
YES ✓　　NO ____

　　　　　-against-

① People STATE of N.Y.
② ARROW SECURITY
③ DISTRICT ATTORNEYS office / ④ JUDGE ROBERT DOYLE

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

　　　　　　Defendants.
-------------------------------------------------x

I.　　Previous Lawsuits:

　　　　A.　Have you begun other lawsuits in state or federal court
　　　　　　dealing with the same facts involved in this action or
　　　　　　otherwise relating to your imprisonment? Yes ( ) No (✘)

　　　　B.　If your answer to A is yes, describe each lawsuit in the space below
　　　　　　(If there is more than one lawsuit, describe the additional lawsuits
　　　　　　on another piece of paper, using the same outline.)

　　　　　　1. Parties to this previous lawsuit:

　　　　　　　　Plaintiffs: _____
　　　　　　　　　　　　　　 _____

　　　　　　　　Defendants: _____
　　　　　　　　　　　　　　 _____

　　　　　　2. Court (if federal court, name the district;
　　　　　　　　if state court, name the county)
　　　　　　　　_____

　　　　　　　　　　　　　　2440-06
　　　　　　3. Docket Number: 2006-10828

1

Riverhead

4. Name of the Judge to whom case was assigned: __Robert Doyle__

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) __APPEALED__

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _____

    A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )

    C. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not _____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

    F. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

III. Parties:
    (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __MARIO DRAGO__

Address __43 EAST WALNUT ST CENTRAL ISLIP 11722__

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
__PEOPLE OF THE STATE of N.Y.__
__200 CENTER DR CROMARTY Court Complex__
__RIVERHEAD NY 11901__

Defendant No. 2
__JUDGE ROBERT DOYLE__
__ACTING SUPREME Court Justice__
__200 CENTER DR CROMARTY Court Complex__
__RIVERHEAD NY 11901__

Defendant No. 3
__DISTRICT ATTORNEY OFFICE__
__SAME AS ABOVE__

Defendant No. 4
__ARROW SECURITY__
__60 KNICKERBOCKER AVE__
__BOHEMIA NY. 11226__

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

1. WAS ARESTED & INDITED SEPT 6, 2006) IN COURT & NOT GIVEN THE RIGHT TO REPRESENTATION AFTER THE DISTRICT ATTORNEY office SENT PAPERWORK TO WRONG ADDRESS. & JUDGE DOYLE ISSUED BENCH WARENT FOR NOT APPEARING IN HIS COURT BEFORE THE 6TH DAY OF SEPTEMBER. WHILE IN JAIL, I WAS FORCED BY THE DISTRICT'S ATTORNEY & LEGAL AID TO PLEA GUILTY IN ORDER TO GET MEDICAL ATTENTION & THE NECESSARY OPERATION NEEDED WHILE UNDER MY SERGENS CARE BEFORE BEING ARRESTED IN COURT. AFTER BEING RELEASED FROM JAIL MY BLOOD PRESSURE STAYED TOO HIGH FOR THE OPERATION & STAYED IN PAIN FOR 4 MONTS BEFORE OPERATION COULD BE DONE.

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

MENTAL STRESS, LOSING MY JOB AT ARROW SECURITY AFTER PAYMENT WAS BEING TAKEN OUT OF MY PAY EACH WEEK TO REPAY UNIMPLOYMENT FOR NOT UNDERSTANDING THEIR BENEFIT PROCUDORE of MONEY I WAS ENTITLED to BY LAW. AND AFTER TAKING AN UNCERTAIN JOB of VERY LOW PAY AT ARROW SECURITY WHILE TRAINING. I ALSO LOST THE AMITYVILLE SCHOOL DISTRICT JOB THAT I JUST OBTAINED WHILE WORKING FOR AROW SECURITY AFTER ARROW SECURITY STOP PAYING UNEMPLOYM OUT OF MY PAY.

I NEEDED A HERNIA OPERATION WHILE WORKING FOR B.J. & BEING INDITED & INCARSERATED & I WAS DENIED MEDICAL ATT IN JAIL

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

1. MONEY DAMAGES
2. OVER TURN THE INDITEMENT
3. DISMISS CRIMINAL CHARGE

I declare under penalty of perjury that on  9/14/08  , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this  SEPT  day of  14  , 20 08. I declare under penalty of perjury that the foregoing is true and correct.

Mano Wray
Signature of Plaintiff

~~Name of Prison Facility~~
43 EAST WALNUT ST
CENTRAL ISLIP 11722
Suffolk NY
Address

631-882-4160
Prisoner ID#

5